# MELLONYARIAIL, RMR, CRR, CBC
## OFFICIAL COURT REPORTER ♦ 431ST DISTRICT COURT

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/17/2015 12:33:59 PM
DEBRA SPISAK
Clerk

April 17, 2015

Re:    Court of Appeals No. 02-15-00119-CV
       City of Carrollton, Texas
       v.
       Milan Hamrla, Petra Chudejova, Michael and Laura Brewer and Dalia Chavarria

I, Mellony Ariail, Official Court Reporter for the 431st District Court, am unable to file the reporter's record in the above styled case for the following reason(s):

[    ]    Appellant has not submitted a request for preparation and/or a written designation for the record.

[ X ]    Appellant has made payment arrangements, but I have not yet received payment.

[    ]    Appellant has only made a partial payment for the record.

[    ]    Appellant has made required payment and has filed a written designation, but due to my case load, I have been unable to complete the record.

[ X ]    Other, as specified herein:  The Reporter's Record in this case is very technical and I will need at least 10 days to complete and file the record after payment is received.

Sincerely,

/s/ Mellony K. Ariail, CSR No. 3729

---

1450 E. MCKINNEY STREET, DENTON, TEXAS 76209
940.349.4372 (OFFICE)   ◊   940.349.5373 (FAX)
MELLONY.ARIAIL@DENTONCOUNTY.COM